**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Sandra I Valentin
aka Sandra Ivette Valentin
aka Sandra Valentin Nunez
aka Sandra I Valentin-Nunez
aka Sandra I Valentin Nunez
aka Sandra Valentin-Nunez
aka Sandra I Nunez

                                                CHAPTER    13
                                                CASE NO.    6:15-bk-08654-ABB

       Debtor(s)
_____/

**NOTICE OF APPEARANCE FOR CREDITOR ON A LIMITED BASIS**
**PERTAINING TO SPECIFIED COLLATERAL AND SPECIFIED LIEN PRIORITY**

      COMES NOW, the firm of Kass Shuler, P.A. and files this Notice of Appearance On A Limited Basis as counsel for the following Creditor:

WELLS FARGO BANK, N.A.

in regards to the Creditor's claim pertaining to the following identified Collateral and Lien Position:

      Collateral[1]:    295 WAVE CREST AVE NE

                          PALM BAY, FL 32907

      Lien Priority[2]: First Mortgage

      1.      The firm be should be added to the Matrix for this Creditor in regards to the Collateral as:

            WELLS FARGO BANK, N.A.
            c/o Nicole Mariani Noel
            P.O. Box 800
            Tampa, FL 33601

      2.      <u>This is not a general Notice of Appearance</u>. The firm only represents the Creditor in regards to the Creditor's claim for the specified lien priority and for the specified collateral described above. The firm does not represent the Creditor generally in regards to other claims and other lien priorities unless a separate Notice of Appearance is filed and can not accept service of pleadings directed to the Creditor regarding other claims the creditor may have in this case.

---

      [1]Contact the signer of this Notice of Appearance for the Legal Description of Collateral consisting of Real Property.

      [2]Creditor believes its lien is in the indicated priority; however, the Court has not determined the priority of any liens in this case.

3.      <u>This is not a Notice of Appearance regarding entities related to the Creditor</u>. The firm can not accept service of pleadings directed to other corporate entities which may be affiliated with the Creditor in some way as these other entities are separate entities and are in fact different creditors in this case.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

Dated: October 29, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on October 29, 2015, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:  Sandra I Valentin aka Sandra Ivette Valentinaka Sandra Valentin Nunez aka Sandra I Valentin-Nunez aka Sandra I Valentin Nunez aka Sandra Valentin-Nunez aka Sandra I Nunez, 295 Wavecrest Avenue NE, Palm Bay, FL 32907; Frank Romero at his/her place of abode, 295 Wavecrest Avenue NE, Palm Bay, FL 32907; James T. Harper, Esq., 964 Florida Avenue S, Rockledge, FL 32955; Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790.

## Rule 7005-3

## SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)

A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1562118/jaw