

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/30/2016 10:30 AM

COURTROOM  6B, 6th Floor

HONORABLE ARTHUR BRISKMAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-08654-ABB | 13 | 10/12/2015 |

Chapter 13

**DEBTOR:** Sandra Valentin

**DEBTOR ATTY:** James Harper

**TRUSTEE:** Laurie Weatherford

**HEARING:**

1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #9)
Objection by Wells Fargo Bank, NA   to Confirmation of Plan (Doc #17)
Objection by Space Coast Credit Union to Confirmation of Amended Chapter 13 Plan (Doc #27)
2) Motion by   Wells Fargo Bank, N.A   to Determine Secured Status/Value and to
Strip Lien Effective Upon Discharge. Total   Secured   Amount Claimed: $ 126,730.00 (Doc #23)
Response by   Wells Fargo Bank (Doc #25)
Notice by Debtor of Filing Appraisal (Doc #29)
Note: MMMO w/Wells Fargo Bank Entered 12/4/15

**APPEARANCES:**:   Laurie Weatherford, Trustee; James Harper, Debtor Attorney; Sandra Valentin, Debtor; Robert Hoffman, Attorney for Wells Fargo Bank, NA; Andrew Roy, Attorney for Space Coast Credit Union

**RULING:** 1) Confirmation Hearing - Amended Chapter 13 Plan   (Doc #9),   Objection by Wells Fargo Bank, NA   to Confirmation of Plan   (Doc #17),   Objection by Space Coast Credit Union to Confirmation of Amended Chapter 13 Plan   (Doc #27).    2) Motion by   Wells Fargo Bank, N.A   to Determine Secured Status/Value and to Strip Lien Effective Upon Discharge. Total Secured   Amount Claimed: $ 126,730.00   (Doc #23),   Response by   Wells Fargo Bank   (Doc #25).   Continued to 6/15/16 @ 11:00 a.m. A.O.C.N.F.N.G.    Ore Tenus Motion by Space Coast Credit Union to Disburse Funds , Granted, Order by Roy.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.