**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Sandra I Valentin
aka Sandra Ivette Valentin
aka Sandra Valentin Nunez
aka Sandra I Valentin-Nunez
aka Sandra I Valentin Nunez
aka Sandra Valentin-Nunez
aka Sandra I Nunez

          CHAPTER 13
          CASE NO. 6:15-bk-08654-ABB

  Debtor
_____/

**WITNESS & EXHIBIT LIST BY WELLS FARGO BANK, N.A. REGARDING MOTION TO VALUE COLLATERAL / DETERMINE SECURED STATUS REGARDING REAL PROPERTY**

  Creditor, by and through undersigned counsel, files this Witness and Exhibit List:

**I. WITNESS LIST**

1. Robert Bruce Wright, RB Wright LLC, 6876 Sundrop St., Harmony, FL 34773.

**II. EXHIBIT LIST**

1. Appraisal Report of the aforementioned witness, a copy of which is attached hereto.

            /s/ Nicole Mariani Noel
            Nicole Mariani Noel
            Kass Shuler, P.A.
            P.O. Box 800
            Tampa, FL 33601
            Phone: (813) 229-0900 Ext. 1343
            Fax: (813) 229-3323
            nmnoel@kasslaw.com
            Florida Bar No. 69883

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on June 2, 2016, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to: Sandra I Valentin, 295 Wavecrest Avenue NE , Palm Bay, FL 32907 ; Frank Romero  at his/her place of abode, 295 Wavecrest Avenue NE , Palm Bay, FL 32907 ; James T. Harper, Esq., 964 Florida Avenue S, Rockledge, FL 32955; Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790.

                                                      /s/ Nicole Mariani Noel
                                                      Nicole Mariani Noel (x1343)

1562118/nmn