ORDERED.

Dated:  June 24, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:15-bk-08654-KSJ |
| | Chapter 13 |
| SANDRA VALENTIN | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING SPACE COAST CREDIT UNION
### RELIEF FROM CO-DEBTOR STAY

This case came on for consideration on the Motion for Relief from Co-Debtor Stay filed by SPACE COAST CREDIT UNION (Doc. No. 35).  The Motion was served by negative notice and no appropriate response was timely filed.   Accordingly, it is

ORDERED:

1. The Motion (Doc. No. 35) is granted.

2. The co-debtor stay provided by 11 U.S.C. § 1301 is terminated as to Frank Romero. Accordingly, the co-debtor stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against the following real property:

295 Wavecrest Ave NE, Palm Bay, Florida, more particularly described as: LOT 1, BLOCK 2198, PORT MALABAR UNIT TWENTY EIGHT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 16, PAGES 119 THROUGH 123, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor, SANDRA VALENTIN.

C. Andrew Roy is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

Sandra I. Valentin, 295 Wavecrest Avenue NE, Palm Bay, FL 32907
Frank Romero, 511 Tortuga Way, Melbourne, FL 32904

Copy via CM/ECF to:

C. Andrew Roy, Esquire, Post Office Box 1391, Orlando, Florida 32802-1391
U.S. Trustee, George C. Young Federal Courthouse, 400 W. Washington Street, Suite 1100, Orlando, FL 32801
Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790
James T. Harper, Jr., My Law Solution, PA, 56 East Pine St, Suite 201, Orlando, FL 32801